**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL MOURAD, | ) | CASE NO. 19-13466-BFK |
| | ) | |
| | ) | JUDGE BRIAN F. KENNEY |
| DEBTOR. | ) | |

-----------------------------------------------------------------------------------------------

| | |
|---|---|
| US BANK TRUST NATIONAL | ) |
| ASSOCIATION AS TRUSTEE OF | ) |
| CABANNA SERIES III TRUST, | ) |
| MOVANT, | ) |
| | ) |
| V. | ) |
| | ) |
| MICHAEL MOURAD | ) |
| 2926 Rogers Drive | ) |
| Falls Church, VA 22042, | ) |
| DEBTOR, | ) |
| | ) |
| H. JASON GOLD, | ) |
| TRUSTEE | ) |
| 101 Contitutional Avenue, N.W. Suite 900 | ) |
| Washington, DC 20001, | ) |
| RESPONDENTS. | ) |

## CERTIFICATE OF DEFAULT

**COMES NOW** US Bank Trust National Association as Trustee of Cabanna Series III

Trust ("Creditor"), a secured creditor in the above-captioned case and, by and through counsel,

and submits its Certificate of Default, and as grounds therefore states as follows:

Keith Yacko (VA Bar No. 37854)
McMichael Taylor Gray, LLC
3550 Engineering Dr. Suite 260
Peachtree Corners, GA 30092
470-289-4347  kyacko@mtglaw.com

1.  On March 23, 2020, Creditor filed a Motion for Relief from Stay (Doc. No. 48) ("Motion for Relief") on the property located at 2926 Rogers Drive, Falls Church, VA 22042 aka 2926 Rogers Road, Falls Church, VA 22042 ("Property).

2.  On July 22, 2020, a Consent Order Modifying Automatic Stay was entered conditionally denying Creditor's Motion for Relief (Doc. No. 83) ("Consent Order").

3.  Pursuant to the Consent Order, the Trustee had sixty (60) days from the date of entry of the Consent Order to sell the Property and complete settlement on the same, resulting in full payoff to Creditor.

4.  Pursuant to Paragraph 2 of the Consent Order, in the event that the Trustee does not sell and settle the Property resulting in full payoff to Creditor within sixty (60) days of the entry of this Order, then on the sixty-first (61st) day, the movant may submit a certificate stating that it has complied with the terms of the Order and that that satisfactory settlement has not been completed and may submit together with the certificate a draft order terminating the automatic stay.

5.  Creditor certifies that it has complied with the terms of the Consent Order.

Date: September 28, 2020

**McMichael Taylor Gray, LLC**
/s/ Keith Yacko__
Keith Yacko
Virginia Bar No. 37854
Attorney for Movant
3550 Engineering Dr.
Suite 260
Peachtree Corners, GA. 30092
470-289-4347
kyacko@mtglaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or CM/ECF to the parties listed on the attached service list, this September 28, 2020.

## <u>SERVICE LIST</u>

### <u>VIA U.S. MAIL</u>
Michael Mourad
2926 Rogers Drive
Falls Church, VA 22042

Colette Mourad
2926 Rogers Drive
Falls Church, VA 22042

Michael Mourad
2926 Rogers Road
Falls Church, VA 22042

Colette Mourad
2926 Rogers Road
Falls Church, VA 22042

### <u>VIA CM/ECF</u>
Nathan A. Fisher
Fisher-Sandler, LLC
3977 Chain Bridge Road, #2
Fairfax, VA 22030

H. Jason Gold
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W. Suite 900
Washington, DC 20001

John P. Fitzgerald, III
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

**McMichael Taylor Gray, LLC**
/s/ Keith Yacko__
Keith Yacko
Virginia Bar No. 37854
Attorney for Movant
3550 Engineering Dr.
Suite 260
Peachtree Corners, GA. 30092
470-289-4347
kyacko@mtglaw.com