# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL MOURAD, | ) | CASE NO. 19-13466-BFK |
| | ) | |
| | ) | JUDGE BRIAN F. KENNEY |
| DEBTOR. | ) | |

---------------------------------------------------------------------------------------

| | |
|---|---|
| US BANK TRUST NATIONAL | ) |
| ASSOCIATION AS TRUSTEE OF | ) |
| CABANNA SERIES III TRUST, | ) |
| MOVANT, | ) |
| | ) |
| V. | ) |
| | ) |
| MICHAEL MOURAD | ) |
| 2926 Rogers Drive | ) |
| Falls Church, VA 22042, | **)** |
| DEBTOR, | ) |
| | ) |
| **H. JASON GOLD,** | **)** |
| **TRUSTEE** | **)** |
| 101 Contitutional Avenue, N.W. Suite 900 | ) |
| Washington, DC 20001, | **)** |
| RESPONDENTS. | ) |

## ORDER GRANTING RELIEF FROM STAY

Movant having filed a Certificate of Default, and it appearing that Movant has complied with the terms of the Consent Order entered hereinbefore, it is

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is hereby modified to permit the Movant to enforce the lien of its deed of trust as it pertains to the real property located at 2926 Rogers Drive, Falls Church, VA 22042 aka 2926 Rogers Road, Falls Church, VA 22042, and is more particularly described as follows:

Keith Yacko (VA Bar No. 37854)
McMichael Taylor Gray, LLC
3550 Engineering Dr. Suite 260
Peachtree Corners, GA 30092
470-289-4347  kyacko@mtglaw.com

1

Lot 100, of the subdivision of Fenwick Park, as the same appears duly dedicated, platted and recorded in book 538 at page 204 among the Land Records of Fairfax County, Virginia.

Which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

IT IS FURTHER ORDERED that Movant shall be entitled to reasonable attorney's fees in the amount of $100.00 for issuance of the Certificate of Default and preparation of this Order Granting Relief From Stay, and Movant may file a Supplemental Proof of Claim for these sums; and

DONE at Alexandria, Virginia, this _____ of September, 2020.

Oct 13 2020

/s/ Brian F Kenney
United States Bankruptcy Judge

Entered On Docket: October 13, 2020

I ASK FOR THIS

/s/ Keith Yacko
Keith Yacko
Virginia Bar No. 37854
**McMichael Taylor Gray, LLC**
Attorney for Movant
3550 Engineering Dr.
Suite 260
Peachtree Corners, GA. 30092
470-289-4347
kyacko@mtglaw.com

**CERTIFICATION**

The undersigned certifies, pursuant to Rule 9022 1(c) that the foregoing Order has been served upon all necessary parties and that a certification of mailing is being filed with this Order, indicating upon whom the foregoing Order was served and date and manner of such service.

/s/ Keith Yacko
Attorney for Movant

2

3

The Movant will send copies of this Order to the following party(ies) by first class mail, postage pre-paid:

Michael Mourad
2926 Rogers Drive
Falls Church, VA 22042

Colette Mourad
2926 Rogers Drive
Falls Church, VA 22042

Michael Mourad
2926 Rogers Drive
Falls Church, VA 22042

Colette Mourad
2926 Rogers Drive
Falls Church, VA 22042

3